SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
SASCHA HENRY, Cal Bar No. 191914
shenry@sheppardmullin.com
KHIRIN A. BUNKER, Cal Bar No. 329314
kbunker@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
ROBERT J. GUITE, Cal. Bar No. 244590
rguite@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415.434.9100
Facsimile:   415.434.3947

*Attorneys for Athena Cosmetics, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DORIANN SLATTERY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ATHENA COSMETICS, INC.,<br><br>Defendant. | Case No. 2:23-cv-10078-HDV-AJR<br><br>Hon. Hernán D. Vera<br><br>**DEFENDANT ATHENA COSMETICS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>Hearing Date:  May 30, 2024<br>Hearing Time:  10:00 a.m.<br>Courtroom 5B<br><br>Trial Date:          N/A |

SMRH:4860-8910-7373                    ATHENA'S NOTICE OF MOTION AND MOTION TO DISMISS

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on May 30, 2024, at 10:00 a.m., in Courtroom 5B of the above-captioned Court, located at 350 W. 1st Street, Los Angeles, California 90012, or as soon thereafter as this matter may be heard, Defendant Athena Cosmetics, Inc. ("Defendant" or "Athena") will and hereby does move this Court for an order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) dismissing the claims asserted by Plaintiff Doriann Slattery ("Plaintiff") in her complaint against Athena.

This motion is made on the grounds that all of Plaintiff's claims are impliedly preempted by the Federal Food, Drug, and Cosmetics Act ("FDCA") as the adjudication of Plaintiff's claims – which are entirely premised on purported violations of FDA's warning labeling requirements – would improperly require the finder of fact to assume the FDA's enforcement power, determine whether FDA would view Athena's conduct as violative of the FDCA and if so, predict the warnings FDA would require.

In addition, Plaintiff has failed to plausibly allege her breach of express and implied warranty claims because she fails to plausibly identify any promise, description, or affirmation of fact.  Plaintiff lacks standing and has failed to meet the pleading requirements of Rule 8(a) with regard to purported violations of over fifty consumer protection acts.  Plaintiff's unjust enrichment claims fail for the same reasons her consumer fraud claims fail, her claims for negligence, negligent misrepresentation and fraud are separately barred by Florida's economic loss rule and she has failed to plausibly allege all of the elements of her fraud claim.  Athena respectfully requests this Court grant its motion to dismiss and dismiss the complaint in its entirety.

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, all pleadings, papers and other documentary materials in the Court's file for this action, those matters of which this Court may or must take

SMRH:4860-8910-7373

ATHENA'S NOTICE OF MOTION AND MOTION TO DISMISS

judicial notice and such other matters as this Court may consider.

This motion is made following the conference of counsel pursuant to C.D. Cal. Local Rule 7-3 that took place on February 19, 2024.

Dated:  March 27, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    _/s/ Sascha Henry_
      SASCHA HENRY
      Attorneys for Defendant
      Athena Cosmetics, Inc.