**FARNESE P.C.**
Peter J. Farnese (SBN 251204)
pjf@farneselaw.com
700 S. Flower St., Suite 1000
Los Angeles, California 90017
Telephone: 310-356-4668

**HONIK LLC**
Ruben Honik (*Pro hac vice*)
ruben@honiklaw.com
David J. Stanoch (*Pro hac vice*)
david@honiklaw.com
1515 Market St., Suite 1100
Philadelphia, PA 19102
Telephone: 267-435-1300

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIANN SLATTERY, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATHENA COSMETICS, INC.,<br><br>Defendants. | CASE NO.  2:23-cv-10078-HDV (AJRx)<br><br>**CLASS ACTION**<br><br>**NOTICE OF RELATED CASES [L.R. 83-1.3]** |

FARNESE P.C.

NOTICE OF RELATED CASES

Pursuant to Local Rule 83-1.3, Plaintiff Doriann Slattery ("Plaintiff" or "Slattery") hereby provides notice of the following related cases:

**Related Case**

*Rebecca Rush v. Athena Cosmetics, Inc.*, Case No. 24-cv-08542 (C.D. Cal.). The *Rush* action was originally filed in the Eastern District of New York on November 30, 2023. *See Rush v. Athena Cosmetics, Inc.*, Case No. 23-cv-8799 (E.D.N.Y.). The Eastern District of New York stayed that matter pending this Court's decision on Defendant Athena's motion to dismiss in this case. *See* 6/7/24 Minute Entry, Case No. 23-cv-8799 (E.D.N.Y.). After this Court largely denied Athena's motion to dismiss (*see* ECF 33, Case No. 2:23-cv-10078 (C.D. Cal.)), the New York court held a hearing at which Plaintiff Rush indicated she would voluntarily dismiss her complaint and re-file in this Court.

Plaintiff Rush voluntarily dismissed her case in New York on October 4, 2024 and re-filed it here on the same day, *see Rush v. Athena Cosmetics, Inc.*, Case No. 24-cv-08542 (C.D. Cal.).

The *Rush* complaint alleges the same exact claims, on the same pattern of facts, against the same defendant (Athena Cosmetics, Inc.), as the *Slattery* plaintiff. That is, both the *Slattery* plaintiff and the *Rush* plaintiff allege Athena engaged in wrongful conduct concerning the labeling and marketing of certain eye beauty products, including the failure to disclose dangerous known risks associated the products' key ingredient, which purportedly facilitates lash or brow growth. A true and correct copy of the *Rush* complaint is attached hereto as **Exhibit 1**.

Plaintiff submits that the *Rush* action is related to this matter because the actions: "(b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges." Civil L.R. 83-1.3.1(b)-(c). Both actions involve the same defendant's false and misleading statements or omissions about the same eye beauty products. *Compare, e.g.*, ECF 1 at ¶¶ 1-8, 11-14, *with, e.g.*, Ex. 1 at ¶¶ 1-8, 11-14. Both

FARNESE P.C.

-1-
NOTICE OF RELATED CASES

actions assert the same legal causes of action, namely breaches of warranty, common law fraud, violation of consumer protection statutes, negligence-based claims, and unjust enrichment. *Compare* ECF 1 at ¶¶ 67-148, *with* Ex. 1 at ¶¶ 68-152. Thus, under Local Rule 83-1.3, both actions involve "substantially related or similar questions of law and fact" and will likely involve the "duplication of labor if heard by different judges."

Dated: October 8, 2024

Respectfully submitted,

**FARNESE P.C.**

By:   /s/Peter J. Farnese
      Peter J. Farnese

**HONIK LLC**
Ruben Honik (*Pro hac vice*)
ruben@honiklaw.com
David J. Stanoch (*Pro hac vice*)
david@honiklaw.com
1515 Market St., Suite 1100
Philadelphia, PA 19102
(267) 435-1300

Attorneys for Plainitff

FARNESE P.C.

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2024, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the email addresses registered in the CM/ECF system.

Executed on October 8, 2024 at Los Angeles, California.

By:    *s/ Peter J. Farnese*
Peter J. Farnese

-1-
CERTIFICATE OF SERVICE