**FARNESE P.C.**
Peter J. Farnese (SBN 251204)
pjf@farneselaw.com
700 S. Flower St., Suite 1000
Los Angeles, California 90017
Telephone: (310) 356-4668
Facsimile: (310) 388-1232

**HONIK LLC**
Ruben Honik (*PHV*)
ruben@honiklaw.com
David J. Stanoch (*PHV*)
david@honiklaw.com
1515 Market St., Suite 1100
Philadelphia, PA 19102
(267) 435-1300

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIANN SLATTERY, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATHENA COSMETICS INC.,<br><br>Defendants. | Case No. 2:23-cv-10078-HDV-AJR<br><br>**CLASS ACTION**<br><br>**STIPULATION OF CONSOLIDATION OF RELATED ACTIONS**<br><br>Trial Date : None Set |

-1-

STIPULATION OF CONSOLIDATION

Plaintiff Doriann Slattery ("Plaintiff") and Defendant Athena Cosmetics, Inc. ("Defendant"), by and through their respective counsel of record, hereby agree and stipulate as follows:

WHEREAS, Plaintiff Slattery filed her complaint against Defendant Athena Cosmetics, Inc. on November 30, 2023, in an action styled *Slattery v. Athena Cosmetics, Inc.*, No 2:23-cv-10078 (C.D. Cal.) (ECF 1);

WHEREAS, the Court ruled on Defendant's motion to dismiss in *Slattery* on July 18, 2024 (ECF 33);

WHEREAS, the Court entered a protective order in *Slattery* on August 16, 2024 (ECF 38);

WHEREAS the parties in *Slattery* have begun discovery and participated in a Scheduling Conference with the Court on November 5, 2024;

WHEREAS, Plaintiff Rebecca Rush originally filed her complaint against Defendant Athena Cosmetics, Inc., on November 30, 2023 in the Eastern District of New York, in an action styled *Rush v. Athena Cosmetics, Inc.*, No. 1:23-cv-08799 (E.D.N.Y.);

WHEREAS, following an October 1, 2024 conference in the Eastern District of New York, Plaintiff Rush voluntarily dismissed her action in the Eastern District of New York, and refiled it in this District on October 4, 2024, in an action styled *Rush v. Athena Cosmetics, Inc.*, No. 2:24-cv-08542 (C.D. Cal.);

WHEREAS, Plaintiffs Slattery and Rush filed notices of related cases in the respective actions, and on October 16, 2024, *Rush* was deemed related the *Slattery* action and transferred to this Court;

WHEREAS, the *Slattery* and *Rush* actions involve substantially similar allegations and claims against Defendant;

WHEREAS, the parties in *Slattery* and *Rush* have met and conferred and agree to consolidate *Rush* into *Slattery* for discovery and case scheduling purposes in order to preserve the parties' and judicial resources.

-2-

ACCORDINGLY, based on the foregoing, the parties in *Slattery* and *Rush* respectfully request and agree that the *Rush* action be consolidated for discovery and scheduling purposes with *Slattery*.  Upon formal motion, any party may move to consolidate for trial.

Respectfully submitted,

DATED: November 22, 2024          HONIK LLC

Ruben Honik (*PHV*)
David J. Stanoch (*PHV*)

FARNESE P.C.

By:    */s/Peter J. Farnese*
      Peter J. Farnese

Attorneys for Plaintiffs Doriann Slattery, Rebecca Rush, and the Proposed Classes

DATED: November 22, 2024          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:    */s/Sascha Henry*
      Sascha Henry

Attorneys for Defendant Athena Cosmetics, Inc.

-3-

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all other signatories listed, and on whose behalf this document is submitted, concur in this document's content and have authorized the filing of this document.

Dated:  November 22, 2024

/s/ Peter J. Farnese
Peter J. Farnese