LINK 44

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

2:24-cv-08542-HDV-AJR

| | |
|---|---|
| DORIANN SLATTERY, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATHENA COSMETICS INC.,<br><br>Defendants. | Case No. 2:23-cv-10078-HDV-AJR<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF CONSOLIDATION**<br><br>Trial Date : None Set |

-1-

# [PROPOSED] ORDER

WHEREAS the Court, having read and considered the Stipulation of Consolidation, and good cause appearing therefor, hereby orders as follows:

1. The Clerk shall consolidate *Slattery v. Athena Cosmetics, Inc.*, No 2:23-cv-10078-HDV-AJR and *Rush v. Athena Cosmetics, Inc.*, No. 2:24-cv-08542-HDV-AJR, for discovery and case scheduling purposes. Upon formal motion, any party may move to consolidate these matters for trial.

2. The docket in *Slattery v. Athena Cosmetics, Inc.*, Case No 2:23-cv-10078-HDV-AJR shall constitute the master docket for the consolidated action.

3. The Clerk shall file a copy of this Order in *Rush v. Athena Cosmetics, Inc.*, No. 2:24-cv-08542-HDV-AJR.

IT IS SO ORDERED.

Dated: ___11/27/24_____

_____
Hon. Hernán D. Vera
UNITED STATES DISTRICT JUDGE

Case No. 2:23-cv-10078-HDV-AJR   [PROPOSED] ORDER GRANTING STIPULATION OF CONSOLIDATION