SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SASCHA HENRY, Cal Bar No. 191914
shenry@sheppardmullin.com
KHIRIN A. BUNKER, Cal Bar No. 329314
kbunker@sheppardmullin.com
350 S. Grand Ave., 40th Floor
Los Angeles, California 90071-3460
Telephone:  213.620.1780
Facsimile:   213.620.1398

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ROBERT J. GUITE, Cal Bar No. 244590
rguite@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone:  415.434.9100
Facsimile:   415.434.3947

Attorneys for Defendant ATHENA
COSMETICS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DORIANN SLATTERY,<br><br>                    Plaintiff,<br><br>          v.<br><br>ATHENA COSMETICS, INC.,<br><br>                    Defendant. | Lead Case No. 2:23-cv-10078-HDV-AJR<br><br>**DEFENDANT ATHENA COSMETICS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS REBECCA RUSH'S COMPLAINT**<br><br>*Filed concurrently with (1) Memorandum of Points and Authorities in Support Thereof; (2) Request for Judicial Notice; (3) Declaration of Sascha Henry; and (4) [Proposed] Order* |
| REBECCA RUSH,<br><br>                    Plaintiff,<br><br>          v.<br><br>ATHENA COSMETICS, INC.,<br><br>                    Defendant. | Date:      January 30, 2025<br>Time:      10:00 a.m.<br>Crtrm.:   5B<br><br>Judge:      Hernán D. Vera<br>Trial Date:   Not Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on January 30, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5B, in the United States District Court for the Central District of California, 350 West 1st St., Los Angeles, CA 90012, the Honorable Hernán D. Vera presiding, Defendant Athena Cosmetics, Inc. ("Athena"), will and hereby does move the Court for an order dismissing the Complaint ("Compl.") filed by Plaintiff Rebecca Rush ("Plaintiff") (the "Motion").

This Motion is made on the grounds that Plaintiff has failed to plausibly allege her claims. Despite asserting various claims under New York statutory and common law based on a purported safety risk associated with Athena's Products, Plaintiff has not actually identified anyone who suffered documented health harms due to their use of the Products. Rather, Plaintiff relies on purported risks associated with other unrelated chemicals and products – despite having no evidence to support that these same risks are applicable to Athena's Products.

As the Products' packaging states, if a consumer inadvertently gets some of the Product in their eye during use, irritation may occur. However, Plaintiff's allegation that she suffered unspecified eye pain and irritation after using the Products is far different from the serious medical conditions referenced in her Complaint related to other ingredients and products. Plaintiff's conflating of the potential for temporary eye irritation (which is disclosed on the Products' labels) with significant adverse medical events is misleading and amounts to nothing more than speculation which is insufficient to support her claims.

In addition, Plaintiff has failed to plausibly allege her breach of express and implied warranty claims because she fails to plausibly identify any promise, description, or affirmation of fact. She also has not alleged the requisite privity to support her breach of implied warranty claim. Plaintiff lacks standing with regard to purported violations of over fifty states' consumer protection acts and to the extent she purports to bring claims under other states' common laws of which she is not a

-1-

resident.  Plaintiff's fraud claims fail because she fails to plausibly allege all required elements.  Her claims for negligence and negligent misrepresentation are separately barred by New York's economic loss rule.  Plaintiff's unjust enrichment claim is improperly duplicative of her other claims.  Athena respectfully requests this Court grant its motion to dismiss and dismiss the complaint in its entirety.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on November 8, 2024.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Sascha Henry and Dave Hooper, Athena's Request for Judicial Notice, all pleadings, papers and other documentary materials in the Court's file for this action, those matter of which this Court may or must take judicial notice, and such other matters as this Court may consider.

Dated:  December 5, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By        _/s/ Sascha Henry_
          SASCHA HENRY
          ROBERT J. GUITE
          KHIRIN A. BUNKER

          Attorneys for Defendant
          ATHENA COSMETICS, INC.