**FARNESE P.C.**
Peter J. Farnese (SBN 251204)
pjf@farneselaw.com
700 S. Flower St., Suite 1000
Los Angeles, California 90017
Telephone: (310) 356-4668
Facsimile: (310) 388-1232

**HONIK LLC**
Ruben Honik (*PHV*)
ruben@honiklaw.com
David J. Stanoch (*PHV*)
david@honiklaw.com
1515 Market St., Suite 1100
Philadelphia, PA 19102
(267) 435-1300

Attorneys for Plaintiffs and the Proposed Classes

# UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIANN SLATTERY,<br><br>          Plaintiff,<br><br>     v.<br><br>ATHENA COSMETICS, INC.,<br><br>          Defendant.<br><br>REBECCA RUSH,<br><br>          Plaintiff,<br><br>     v.<br><br>ATHENA COSMETICS, INC.,<br><br>          Defendant. | Lead Case No. 2:23-cv-10078-HDV-AJR<br><br>**CLASS ACTION**<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO STAY ACTION FOR 30 DAYS**<br><br>Judge:      Hernán D. Vera<br>Trial Date: Not Set |

-1-

Case No. 2:23-cv-10078-HDV-AJR                                                                 NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that pursuant to Local Rule 40-2, Plaintiffs Doriann Slattery and Rebecca Rush ("Plaintiffs") and Defendant Athena Cosmetics, Inc. ("Defendant"), write to inform the Court that they have reached a tentative agreement on certain material terms of a class settlement, and are working on finalizing the remaining terms that would resolve this action and the action *Markoff v. Athena Cosmetics, Inc.*, Case No. 1:23-cv-16401, pending in the U.S. District Court for the Northern District of Illinois.

The parties are in the process of negotiating a long-form settlement agreement, which they expect will be completed and presented for preliminary approval within the next 30 days. In order to avoid the expense of additional litigation and preserve judicial resources, the Parties respectfully request that all case deadlines be stayed 30 days.

Respectfully submitted,

DATED: October 2, 2025            HONIK LLC

Ruben Honik (*PHV*)
David J. Stanoch (*PHV*)

FARNESE P.C.

By:   /s/Peter J. Farnese
         Peter J. Farnese

Attorneys for Plaintiffs Doriann Slattery, Rebecca Rush, and the Proposed Classes

DATED: October 2, 2025            SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:   /s/Sascha Henry
         Sascha Henry

Attorneys for Defendant Athena Cosmetics, Inc.

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all other signatories listed, and on whose behalf this document is submitted, concur in this document's content and have authorized the filing of this document.

Dated: October 2, 2025

*/s/ Peter J. Farnese*
Peter J. Farnese