FARNESE P.C.
Peter J. Farnese (SBN 251204)
pjf@farneselaw.com
700 S. Flower St., Suite 1000
Los Angeles, CA 90017
Telephone: 310-356-4668

HONIK LLC
Ruben Honik (*Pro hac vice*)
ruben@honiklaw.com
David J. Stanoch (*Pro hac vice*)
david@honiklaw.com
1515 Market St., Suite 1100
Philadelphia, PA 19102
Telephone: 267-435-1300

*Counsel for Plaintiffs and the Proposed Classes*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DORIANN SLATTERY,<br><br>       Plaintiff,<br><br>    v.<br><br>ATHENA COSMETICS, INC.,<br><br>       Defendant. | Lead Case No. 2:23-cv-10078-HDV-AJR<br><br>Judge:     Hernán D. Vera<br><br>CLASS ACTION<br><br>NOTICE AND STIPULATION OF DISMISSAL OF PLAINTIFF SLATTERY'S CLAIMS ONLY WITH PREJUDICE |
| REBECCA RUSH,<br><br>       Plaintiff,<br><br>    v.<br><br>ATHENA COSMETICS, INC.,<br><br>       Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Slattery hereby gives notice of a stipulation of dismissal of her claims against Defendant Athena Cosmetics, Inc. with prejudice, each party to bear their own fees and costs.

This notice and stipulation does not relate in any way to Plaintiff Rush's individual and class claims against Defendant.

Dated:  November 18, 2025

FARNESE P.C.

By /s/  Peter J. Farnese
   PETER J. FARNESE
   *Attorneys for Plaintiff Slattery*

Dated:  November 18, 2025

HONIK LLC

By /s/ Ruben Honik
   RUBEN HONIK (*Pro Hac Vice*)
   DAVID J. STANOCH (*Pro Hac Vice*)
   *Attorneys for Plaintiff Slattery*

Dated:  November 18, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By /s/ Khirin A. Bunker
   SASCHA HENRY
   ROBERT J. GUITE
   KHIRIN A. BUNKER
   *Attorneys for Defendant*
   *Athena Cosmetics, Inc.*

-1- Case No. 2:23-cv-10078-HDV-AJR

**<u>ATTESTATION</u>**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all other signatories listed, and on whose behalf this document is submitted, concur in this document's content and have authorized the filing of this document.


Dated: November 18, 2025

                                                        */s/ Peter J. Farnese*
                                                        PETER J. FARNESE