FARNESE P.C.
Peter J. Farnese (SBN 251204)
pjf@farneselaw.com
700 S. Flower St., Suite 1000
Los Angeles, CA 90017
Telephone: 310-356-4668

HONIK LLC
Ruben Honik (*Pro hac vice*)
ruben@honiklaw.com
David J. Stanoch (*Pro hac vice*)
david@honiklaw.com
1515 Market St., Suite 1100
Philadelphia, PA 19102
Telephone: 267-435-1300

*Counsel for Plaintiffs and the Proposed Classes*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DORIANN SLATTERY,<br><br>       Plaintiff,<br><br>v.<br><br>ATHENA COSMETICS, INC.,<br><br>       Defendant.<br><br>REBECCA RUSH,<br><br>       Plaintiff,<br><br>v.<br><br>ATHENA COSMETICS, INC.,<br><br>       Defendant. | Lead Case No. 2:23-cv-10078-HDV-AJR<br><br>Judge:     Hernán D. Vera<br><br>CLASS ACTION<br><br>NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>[Memorandum of Points and Authorities; Declarations of David J. Stanoch and Mark Schey and [Proposed] Order filed concurrently herewith]<br><br>Date:     January 22, 2026<br>Time:    10:00 a.m.<br>Crtm:    5D<br><br>Trial Date:    not set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on January 22, 2026 at 10:00 a.m., or as soon as thereafter as the matter may be heard in the above-captioned court, located at the First Street U.S. Courthouse, 350 W 1st Street, Suite 4311 Los Angeles, CA 90012, Courtroom 5B, Plaintiff Rebecca Rush ("Plaintiff") will, and hereby do move, pursuant to Fed. R. Civ. P. 23(e), for the Court to:

(1) grant preliminary approval of the Settlement Agreement[1];

(2) approve and direct notice as set forth in the Notice Plan;

(3) conditionally certify the Settlement Class;

(4) approve the form and content of the proposed Class Notice;

(5) appoint Plaintiff Rush and Corrine Markoff as Class Representatives;

(6) appoint Honik LLC and Farnese PC as Class Counsel;

(7) appoint Digital Settlement Group ("DSG") as Settlement Administrator;

(8) schedule a Final Fairness Hearing; and

(9) except for proceedings to implement this Settlement, stay this Action.

This motion is made on the grounds that preliminary approval of the proposed class action settlement is proper, given that each requirement of Rule 23(e) has been met.

This motion is made following the conference of counsel pursuant to L.R. 7-3 and Defendant Athena Cosmetics, Inc. ("Defendant" or "Athena") does not oppose this motion.

This motion is based on the attached Memorandum of Points and Authorities, the accompanying Declarations of David Stanoch and Mark Schey, all pleadings and papers on file herein, and any other written and oral arguments that may be presented

---

[1] The fully executed settlement agreement ("Settlement" or "Settlement Agreement") is attached as Exhibit 1 to the Declaration of David J. Stanoch filed concurrently herewith. Unless otherwise noted, all capitalized terms have the meaning assigned to them in the Settlement Agreement.

-1-     Case No. 2:23-cv-10078-HDV-AJR
NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL

to the Court.

Dated: November 24, 2025                    Respectfully submitted,

**FARNESE P.C.**

By:  */s/ Peter J. Farnese*
     Peter J. Farnese

Peter J. Farnese (SBN 251204)
pjf@farneselaw.com
700 S. Flower St., Suite 1000
Los Angeles, California 90017
Telephone: 310-356-4668

**HONIK LLC**
Ruben Honik (*Pro hac vice*)
ruben@honiklaw.com
David J. Stanoch (*Pro hac vice*)
david@honiklaw.com
1515 Market St., Suite 1100
Philadelphia, PA 19102
(267) 435-1300

Attorneys for Plaintiff