UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-10078-HDV-AJRx | Date | December 18, 2025 |
| Title | *Doriann Slattery v. Athena Cosmetics Inc.* | | |

| Present: The Honorable | Hernán D. Vera, United States District Judge |
|---|---|

| Daniel Torrez | Court Smart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Peter J. Farnese | Sacha V.M. Henry |
| David J. Stanoch | Kirin A. J. Bunker |

**Proceedings:** **PLAINTIFF AND THE PROPOSED CLASSES' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [70]**

The hearing is held. Counsel address the Court. The Court **GRANTS** the preliminary approval.

**IT IS SO ORDERED.**

time __:04